# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Mary Roper,

Plaintiff(s),

v.

Wal-Mart Stores, Inc. ,

Defendant(s).

Case No. 16 C 7338
Judge Virginia M. Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Wal-Mart
and against plaintiff(s) Mary Roper

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on a motion for summary judgment.

Date: 6/5/2018                                   Thomas G. Bruton, Clerk of Court

                                                 /s/ Lynn Kandziora , Deputy Clerk